## COLONIAL FINANCE CO v BEAR

Ohio Appeals, 5th Dist, Stark Co

Decided Oct 18, 1933

John W. Bricker, Attorney General, Columbus, and J. E. Kelly for plaintiff in error.

Harrington & Avery, Bowling Green, and J. W. Deffenbaugh, Lancaster, for defendants in error.

Clayton Hoffman, Lima, and Bruce W. Neilson, Lima, for plaintiff in error.

Hart, Drukenbrod & McHenry, Canton, for defendant in error.

For full opinion see 40 OLR 43; 189 NE 673; 46 Oh Ap 498.